UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CAROLYN E. O'CONNOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 20-1774 (UNA) |
| ) | |
| S.O.M.E., *et al*., ) | |
| ) | |
| Defendants. ) | |

### ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

ORDERED that the plaintiff's application to proceed *in forma pauperis* [2] is GRANTED; and it is

FURTHER ORDERED that the complaint and this civil action are DISMISSED WITHOUT PREJUDICE for lack of subject matter jurisdiction.

This is a final appealable Order.

SO ORDERED.

DATE: July 6, 2020

/s/
JAMES E. BOASBERG
United States District Judge